## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**YOLANDA JONES**

**VERSUS**

**JASHARD M. HALL, ET AL.**

**CIVIL ACTION**

**NO. 19-354-JWD-EWD**

## RULING

This matter is before the Court on the *Motion for Summary Judgment* (Doc. 26) filed by defendants, Schneider National Carriers, Inc. and Old Republic Insurance Company ("Defendants"). Defendants seek (1) dismissal of the claims by Plaintiff Yolanda Jones against them and (2) dismissal of the present lawsuit, with prejudice, at plaintiff's cost.

Local Rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion. Despite this rule, Plaintiff failed to timely oppose the motion, which was electronically filed on November 4, 2020. (Doc. 26). Under the Federal Rules of Civil Procedure and the Local Rules of Court, Plaintiff was required to file an opposition no later than November 25, 2020. At no time did Plaintiff request an extension of time to oppose this motion.

Therefore, the pending motion is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit, particularly because Defendants' *Statement of Uncontested Material Facts* (Doc.26-2) are uncontroverted, and the summary judgment evidence submitted supports Defendants' arguments.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendants' *Motion for Summary Judgment* (Doc.26) is **GRANTED**, and Plaintiff's claims against Defendants, Schneider National Carriers,

Inc. and Old Republic Insurance Company, are **DISMISSED WITH PREJUDICE, at Plaintiff's cost**.

Any response to this *Ruling*, which should explain the Plaintiffs' failure to comply with the Court's deadlines, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original Motion.

**IT IS SO ORDERED**.

Signed in Baton Rouge, Louisiana, on December 3, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**